In the Matter of the Accounting of PEOPLES NATIONAL BANK OF BROOKLYN, as Executor of LOUISE M. ROLLINS, Deceased, Respondent. LOUISE T. LAZELL et al., Appellants; ELSIE ROLLINS et al., Respondents.

Argued September 29, 1947; decided October 9, 1947.

*Gordon M. Lipetz* for appellants.

*Alfred J. Loew* and *Jerome Weinstein* for Elsie Rollins and Ethel Rollins Shanks, respondents.

*Seth A. Hubbard* for Karl B. Rollins, respondent.

*Wilmot Y. Hallock* for Peoples National Bank of Brooklyn, respondent.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.